Case 4:25-cv-02276   Document 22   Filed on 11/13/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REINALDO AGUIAR,** | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 4:25-cv-2276 |
| v. | § § | |
| **ELON MUSK, ET AL.** | § § | |
| Defendants. | § § | |

## ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE

On May 19, 2025, Reinaldo Aguiar ("Plaintiff") filed his Complaint (ECF No. 1), and by order dated May 19, 2025, this Court set the case for an initial scheduling conference on August 28, 2025 (ECF No. 3). The Court advised that Federal Rule of Civil Procedure ("Rule") 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint and that the failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of the action. (ECF No. 3 at 2).

By order dated August 22, 2025, this Court reset the case for an initial scheduling conference on October 8, 2025. (ECF No. 9). The Court also ordered Plaintiff to serve Defendant(s) by September 12, 2025. (ECF No. 10). By order

dated October 15, 2025, this Court reset the case for an initial scheduling conference on November 20, 2025. (ECF No. 20).

Plaintiff still has not filed with the Court proof of timely service of the Defendant(s). *See* Fed. R. Civ. P. 4(m). Plaintiff also has not requested service. *See* Fed. R. Civ. P. 4(b) (providing that on or after filing a complaint, plaintiff may present a summons to the clerk for signature and seal; if summons is properly completed, the clerk must issue it to plaintiff for service on the defendant). Plaintiff therefore has not complied by with this Court's orders directing him to serve the Defendant(s) in accordance with Rule 4, and to file proof of such service with this Court on or before September 12, 2025. (ECF No. 10). Although Plaintiff has filed motions for extension of time to serve Defendant(s) (ECF Nos. 12, 15, 17–18), which are still pending, Plaintiff has been given a significant amount of time to effectuate service but has failed to do so.

Additionally, Plaintiff has failed to update his address with the Clerk's Office, as evidenced by several filings being mailed to him and returned as undeliverable. (*See* ECF Nos. 6–8, 11, 21). Failure to follow the Court's Order may result in a recommendation that this case be dismissed.

It is **ORDERED** that the initial scheduling conference previously set for November 20, 2025 (ECF No. 20), is hereby **RESCHEDULED** for:

**December 18, 2025**

at 10:15 a.m.<br>by Zoom.

It is further **ORDERED** that the clerk of court send a copy of this Order and the Pro Se Guidelines to Plaintiff, both by email and/or first-class mail, to Plaintiff's addresses of record.

Signed on November 13, 2025, at Houston, Texas.

_____
Richard W. Bennett
United States Magistrate Judge