UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REINALDO AGUIAR,  §  <br> Plaintiff, § <br> § <br> VS. § CIVIL ACTION NO. 4:25-CV-02276 <br> § <br> ELON MUSK, *et al.*, § <br> Defendants. § | |

# **ORDER**

Magistrate Judge Richard W Bennet set the Initial Scheduling Conference in this matter for December 18, 2025. (Dkt. 22). Plaintiff had failed to effectuate service on Defendants as ordered by the Court by December 12, 2025. (Dkt. 22). Judge Bennett therefore cancelled the Initial Scheduling Conference and filed a *Memorandum and Recommendation* recommending that this matter be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. (Dkt. 31).

On December 30, 2025, Plaintiff filed his objections. (Dkt. 34). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. The Court **ACCEPTS** Judge Bennett's

*Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bennett's *Memorandum and Recommendation* (Dkt. 31) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) this matter is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Signed at Houston, Texas on January 20, 2026.

*[signature]*
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE